## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          Case No.: 17-18086
                                                Chapter: 7
    Carrie Deann Teager                     Hearing Date: 09/01/17

        Debtor(s)

### NOTICE OF MOTION

TO:    Gina B Krol, Interim Trustee, 105 West Madison St Ste 1100, Chicago, IL 60602
        Peter C. Bastianen/Codilis & Associates, P.C., Creditor's Attorney, 15W030 North Frontage Road, Suite 100, Burr Ridge, IL 60527.

    PLEASE TAKE NOTICE that on the 09/01/17, at 11:00AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Janet S. Baer, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Kane County Courthouse 100 S. Third Street, Geneva, Illinois, Room 240, or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

### PROOF OF SERVICE

    The undersigned, the Debtor, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Creditor's attorney via electronic notice on August 18, 2017 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, 817 Ogden Ave, Lisle, IL 60532 before the hour of 5:00 PM on August 18, 2017.

                                                                                           */s/ Carrie D. Teager*
                                                                                           Carrie D. Teager
                                                                                           Debtor

Carrie D. Teager
23W545 James Way
Naperville, IL 60540
(630) 697-7166

IN RE:

Peter C. Bastianen/Codilis & Associates, P.C.,

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 18 2017
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

## CERTIFICATE OF SERVICE

The undersigned, the Debtor, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Creditor's attorney mailed in a properly addressed envelope, postage prepaid, from 817 Ogden Ave, Lisle, IL 60532 before the hour of 5:00 PM on August 18, 2017

**TO:**   Gina B Krol, Interim Trustee, 105 West Madison St Ste 1100, Chicago, IL 60602
Peter C. Bastianen/Codilis & Associates, P.C., Creditor's Attorney, 15W030 North Frontage Road, Suite 100, Burr Ridge, IL 60527.

*/s/ Carrie D. Teager*
Carrie D. Teager
Debtor

Carrie D. Teager
23W545 James Way
Naperville, IL 60540
(630) 697-7166

**IN RE:**

Peter C. Bastianen/Codilis & Associates, P.C.,

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 18 2017
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Carrie Deann Teager

Case No.: 17-18086
Chapter: 7
Hearing Date: 09/01/17

Debtor(s)

## NOTICE OF MOTION TO RECONSIDER

**NOW COMES** Debtor and moves this Honorable Court pursuant to 11 U.S.C. §362(d) to reconsider previous Order granting Movant relief from the automatic stay, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois;

2. On July 21, 2017 this Court granted the Movant's motion for relief of the automatic stay provided under 11 U.S.C. §362(d) for the property at 23W545 James Way, Naperville, IL 60540.

3. Movant provided redacted copies of a Note, a Mortgage and two Assignment of Mortgage documents in support the motion for relief and as evidence of Wells Fargo Bank's right to seek a lift of the automatic stay and foreclose if necessary.

4. The lifting of the automatic stay has caused the property at 23W545 James Way, Naperville, IL 60450 to be listed for Sheriff's Sale on September 14, 1017.

5. Debtor is entitled to the reinstitution of the automatic stay under 11 U.S.C. §362(d) for the following reasons:

   a. Wells Fargo Bank was not listed as a Secured Creditor in Debtor's Chapter 7 Bankruptcy filing of Schedule D: Creditors Who Have Claims Secured by Property;

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 18 2017
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

    b.    The documentation Movant provided as evidence of security interest is for a property at 33 South 4th Street, Pekin, IL 61555;

    c.    Movant has not demonstrated that Wells Fargo Bank has legal interest in the property commonly known as 23W545 James Way, Naperville, IL 60540;

    d.    Wells Fargo Bank is not a plaintiff in the foreclosure case no. 11CH1221 of the property at 23W545 James Way, Naperville, IL 60540;

    e.    Movant has not demonstrated security interest as required by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 6/14/17;

    f.    Therefore, Movant is not entitled to relief from the automatic stay under 11 U.S.C. §362(d);

6.    Movant states that attorney fees and/or costs in connection with this bankruptcy have been incurred ($750.00 for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same $181.00 for Court filing fee) and was granted the right for the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage.

7.    Attached is a redacted copy of Foreclosure complaint 11CH1221.

8.    The Court has authority to order that Rule 4001(a)(3) is applicable to the order entered in granting this motion, and Movant requests this Court so order;

**WHEREFORE,** Carrie Teager, Debtor, prays this Court enter an Order pursuant to 11 U.S.C. §362(d) reinstating the automatic stay, disallowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this August 17, 2017.

Respectfully Submitted,

_/s/ Carrie Teager_

                                              Carrie D. Teager
                                              Debtor

Carrie D. Teager
23W545 James Way
Naperville, IL 60540
(630) 697-7166